IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WINSTON WILKINS,

    Petitioner,

v.   CASE NO. 5:14-cv-145-RS-GRJ

N.C. ENGLISH,
WARDEN, FCI MARIANNA,

    Respondent.
_____/

## ORDER

Before me is the April 1, 2015, Magistrate Judge's Report and Recommendation (Doc. 7). To date, no objections have been filed. Accordingly, I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 7) is approved and incorporated in this Order.

2. The relief requested in Petitioner's motion for leave to amend his petition (Doc. 6) is **GRANTED.**

3. The relief requested in the amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 6-1) is **DENIED with prejudice**, and the petition is dismissed.

4. The Clerk is directed to close this case.

**ORDERED** on April 30, 2015.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**